FILED

11/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0428

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0428

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

     v.                        O R D E R

ASIA CARL SOAPES,

     Defendant and Appellant.

_____

David A. Merchant, II, counsel for Appellant Asia Carl Soapes, has moved the Court to withdraw as counsel and for appointment of counsel from the Appellate Defender Division. Counsel asserts that Appellant is incarcerated, has no substantial assets, and can no longer afford private counsel.

IT IS THEREFORE ORDERED that the motion to withdraw as counsel is GRANTED.

IT IS FURTHER ORDERED that the motion for appointment of counsel is GRANTED. The Appellate Defender Division shall have thirty (30) days from the date of this Order within which to file either a Notice of Appearance or a motion to rescind this Order appointing counsel. In the event Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order any additional transcripts if they have not been already ordered.

The Clerk is directed to provide a copy of this Order to counsel of record, to the Appellate Defender Division, and to Appellant Asia Carl Soapes, personally.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 28 2023